FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LELAND H. OWENS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　　　Defendant. | NO. 1:24-CV-3212-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Complaint that was filed on December 27, 2024. ECF No. 1. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, this action is dismissed.

Plaintiff has not paid the filing fee for this case. Plaintiff has alleged no grounds for federal jurisdiction. Plaintiff has not served his Complaint on the Defendant timely or otherwise.

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED** without prejudice for failing to pay the filing fee, failing to allege any federal jurisdiction, and failure to serve the Defendant.

The District Court Executive is directed to enter this Order, enter Judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** June 6, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2